IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| PAUL L. COFFMAN, et al; | |
|---|---|
| Plaintiff, | 8:19-CV-446 |
| vs. | |
| FORD MOTOR COMPANY, | ORDER OF RECUSAL REQUEST FOR REASSIGNMENT |
| Defendant. | |

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

IT IS SO ORDERED.

Dated this 14th day of April, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge